IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL,

    Plaintiff,

  v.

ROUND ROCK RESEARCH, LLC.,

    Defendant.
                                           /

AN RELATED COUNTERCLAIM.
                                           /

No. C 12-02099 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

      The Court hereby **CONTINUES** the case management conference, currently set for August 9, 2012, to **AUGUST 23, 2012, AT 11:00 A.M.**  Please file a joint case management statement at least seven days prior.

      **THERE WILL BE NO FURTHER CONTINUANCES.**

      **IT IS SO ORDERED.**

Dated: July 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE