BLACK CHANG & HAMILL LLP
Peter H. Chang (SBN 241467)
pchang@bchllp.com
Bradford J. Black (SBN 252031)
bblack@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone:    415-813-6210
Facsimile:    415-813-6222

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, <br><br>*Plaintiff*, <br><br>v. <br><br> ROUND ROCK RESEARCH, LLC, <br><br>*Defendant*. | Case No. 5:12-cv-02099-WHA <br><br> **STIPULATED REQUEST AND (PROPOSED) ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO SEPTEMBER 6, 2012** |
| ROUND ROCK RESEARCH, LLC, <br><br>*Counterclaim Plaintiff*, <br><br>v. <br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br>*Counterclaim Defendants*. | |

Plaintiff and Counterclaim Defendant ASUS Computer International, Counterclaim Defendant ASUSTek Computer Inc., and Defendant and Counterclaim Plaintiff Round Rock Research LLC hereby stipulate and jointly request that the Court continue the initial Case Management Conference ("CMC") currently set for August 23, 2012 to September 6, 2012.

After this case was reassigned, the initial CMC was set for August 9, 2012. (Dkt. 19.) On July 12, 2012, parties submitted a stipulated request to continue the CMC from August 9, 2012 to September 6, 2012 because Paul Bondor (*pro hac vice pending*), lead trial counsel for Round Rock

Research, had a previously-ordered claim construction hearing in the Eastern District of Texas on August 9 and would be unavailable for the CMC as previously scheduled. (Dkt. # 21.)

On July 17, 2012, the Court granted in-part and denied in-part the stipulated request and set the CMC for August 23, 2012. (Dkt. # 22.)

The parties respectfully request that the Court continue the CMC to September 6, 2012, as the parties originally requested, based on additional information as provided in this stipulated request. Based on the Court's calendar, the first two available dates for a CMC after August 9th were August 23rd and September 6th. Mr. Bondor, however, has a long-standing family vacation planned that encompassed August 23rd, and would return only after Labor Day. September 6th was thus the first date available for a CMC based on the Court's and counsel's schedules.

This is the parties' second request to change time. A previous initial Case Management Conference was vacated when this case was reassigned to Judge Alsup. (Dkt. # 14.) The parties previously filed a stipulated request to continue the CMC to September 6. (Dkt. # 21.) The requested continuance will not affect the schedule of the case.

Respectfully submitted,

Dated: July 25, 2012　　　　　　　　　BLACK CHANG & HAMILL LLP

By:　　/s/ Peter H. Chang
　　　　Peter H. Chang

Attorneys for Defendant Round Rock Research, LLC

Dated: July 25, 2012　　　　　　　　　PERKINS COIE LLP

By:　　/s/ Michael J. Engle
　　　　Michael J. Engle

Attorneys for Plaintiff and Counterclaim Defendants ASUS Computer International and ASUSTek Computer Inc.

**Attestation**

I, Peter H. Chang, attest that concurrence in the filing of this document has been obtained from Michael J. Engle, counsel for ASUS Computer International and ASUSTek Computer Inc.  I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of July 2012 in San Francisco, California.

                                                /s/ Peter H. Chang
                                                Peter H. Chang

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.

Dated: July 26, 2012.                               By: _____
                                                                  The Honorable William H. Alsup
                                                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge William Alsup]*