John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Cheng (Jack) Ko, Bar No. 244630
JKo@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-3334
Telephone: 858.720.5700
Facsimile: 858.720.5799

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Plaintiff and Counterclaim Defendant
ASUS Computer International and
Counterclaim Defendant ASUSTeK Computer Inc.
(additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, | Case No. 3:12-cv-02099-WHA |
| *Plaintiff,* | ~~PROPOSED~~ **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |
| v. | Judge: Hon. William H. Alsup |
| ROUND ROCK RESEARCH, LLC, | |
| *Defendant.* | |
| ROUND ROCK RESEARCH, LLC, | |
| *Counterclaim Plaintiff,* | |
| v. | |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL | |
| *Counterclaim Defendants.* | |

Pursuant to the Court's Case Management Order ¶ 3 (D.I. 34), Plaintiff and Counterclaim Defendants ASUS Computer International ("ACI") and ASUSTeK Computer Inc. ("ASUSTeK") (collectively "ASUS") and Defendant and Counterclaim Plaintiff Round Rock Research, LLC ("Round Rock") respectfully submit this Proposed Order re Schedule for Claim Construction.

| **Proposed Date** | **Event** |
|---|---|
| November 26, 2012 | Exchange of Proposed Claim Construction Terms (Patent L.R. 4-1) |
| December 17, 2012 | Exchange of Preliminary Claim Constructions and extrinsic evidence (Patent L.R. 4-2) |
| January 11, 2013 | File Joint Claim Construction and Pre-Hearing Statement, including identifying no more than six phrases for the claim construction hearing (Patent L.R. 4-3, D.I. 34 ¶ 4) |
| February 11, 2013 | Complete Claim Construction Discovery (Patent L.R. 4-4) |
| February 26, 2013 | Round Rock's Opening Claim Construction Brief on the No More than Six Phrases (Patent L.R. 4-5(a), D.I. 34 ¶ 4) |
| March 12, 2013 | ASUS's Responsive Claim Construction Brief on the No More than Six Phrases (Patent L.R. 4-5(b), D.I. 34 ¶ 4) |
| March 19, 2013 | Round Rock's Reply Claim Construction Brief on the No More than Six Phrases (Patent L.R. 4-5(c), D.I. 34 ¶ 4) |

**Dates Previously Set by the Court**

| | |
|---|---|
| April 17, 2013 at 1:30 PM | Technology Tutorial (D.I. 34 ¶ 4) |
| May 1, 2013 at 1:30 PM | Claim Construction Hearing (Patent L.R. 4-6, D.I. 34 ¶ 3) |

| | |
|---|---|
| Dated:  September 28, 2012 | PERKINS COIE LLP<br><br>By: */s/ Michael J. Engle*<br>      Michael J. Engle |
| | John P. Schnurer, Bar No. 185725<br>JSchnurer@perkinscoie.com<br>Cheng (Jack) Ko, Bar No. 244630<br>JKo@perkinscoie.com<br>Michael J. Engle, Bar No. 259476<br>MEngle@perkinscoie.com<br>Perkins Coie LLP<br>11988 El Camino Real, Suite 200<br>San Diego, CA  92130<br>Tel:  858-720-5700<br>Fax:  858-720-5799 |

| | |
|---|---|
| | James C. Pistorino, Bar No. 226496<br>JPistorino@perkinscoie.com<br>Perkins Coie LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Tel: 650.838.4300<br>Fax: 650.838.4350<br><br>*Attorneys for ASUS Computer International and ASUSTeK Computer, Inc.* |
| | DESMARAIS LLP<br><br>By:  */s/ Lauren M. Nowierski*<br>       Lauren M. Nowierski |
| | BLACK CHANG & HAMILL LLP<br>Peter H. Chang (SBN 241467)<br>pchang@bchllp.com<br>Bradford J. Black (SBN 252031)<br>bblack@bchllp.com<br><br>4 Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Telephone:    415-813-6210<br>Facsimile:     415-813-6222<br><br>DESMARAIS LLP<br>Paul A. Bondor (*pro hac vice*)<br>pbondor@desmaraisllp.com<br>Jonas R. McDavit (*pro hac vice*)<br>jmcdavit@desmaraisllp.com<br>Lauren M. Nowierski (*pro hac vice*)<br>lnowierski@desmaraisllp.com<br>230 Park Avenue<br>New York, NY 10169<br>Telephone:    212-351-3400<br>Facsimile:     212-351-3401<br><br>*Attorneys for Round Rock Research, LLC.* |

78864-0008/LEGAL24786012.1

-2-

PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION
Case No.: 3:12-cv-02099-WHA

I, Michael J. Engle, the filer attest that concurrence from Round Rock Research, LLC's outside counsel in the filing of the document has been obtained.

|  | PERKINS COIE LLP <br><br> By: */s/ Michael J. Engle* <br>     Michael J. Engle |
|---|---|
|  | John P. Schnurer, Bar No. 185725 <br> JSchnurer@perkinscoie.com <br> Cheng (Jack) Ko, Bar No. 244630 <br> JKo@perkinscoie.com <br> Michael J. Engle, Bar No. 259476 <br> MEngle@perkinscoie.com <br> Perkins Coie LLP <br> 11988 El Camino Real, Suite 200 <br> San Diego, CA  92130 <br> Tel:  858-720-5700 <br> Fax:  858-720-5799 <br><br> James C. Pistorino, Bar No. 226496 <br> JPistorino@perkinscoie.com <br> Perkins Coie LLP <br> 3150 Porter Drive <br> Palo Alto, CA 94304-1212 <br> Tel:  650.838.4300 <br> Fax:  650.838.4350 <br><br> *Attorneys for ASUS Computer International and ASUSTeK Computer, Inc.* |

**ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION**

The above PROPOSED ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION is approved for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:   October 1, 2012.

Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE