UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>        Plaintiff,<br><br>    v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>        Defendant. | Case No.  12-cv-02099-JST<br><br>**CLERK'S NOTICE SETTING TUTORIAL AND CLAIM CONSTRUCTION HEARING** |

**YOU ARE NOTIFIED THAT** the tutorial for the claim construction hearing is specially set for April 16, 2013 at 2:00 P.M. before the Honorable Jon S. Tigar.  The claim construction hearing is specially set for April 30, 2013 at 2:00 P.M. before the Honorable Jon S. Tigar.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 26, 2013

Richard W. Wieking
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable Jon S. Tigar
415-522-2000