UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL,

Plaintiff,

v.

ROUND ROCK RESEARCH, LLC,

Defendant.

Case No.  12-cv-02099-JST

**ORDER RESCHEDULING TUTORIAL AND CLAIM CONSTRUCTION HEARING**

To resolve a conflict in the Court's schedule, and good cause appearing, the Court hereby reschedules the Tutorial and Claim Construction Hearing in this action as follows:

**Technology Tutorial:**         April 16, 2013, 9:30 a.m.

**Claim Construction Hearing:**   May 1, 2013, 9:30 a.m.

Both the technology tutorial and the claim construction hearing will take place in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

The Court will reserve no more than two and one half hours on its calendar for the tutorial, including a brief recess. The tutorial will not be reported by a Court Reporter. The Court assumes that the parties will meet and confer about, and reach a stipulation regarding, the conduct of the tutorial, including the division of time between them and the extent of any presentation by experts. The court will adopt the parties' agreement as its order. If the parties are not able to reach agreement on the parameters of the tutorial, they should advise the Court in a joint letter of not longer than one page by April 8, 2013.

The parties shall each have one hour for presentation of argument and testimony at the claim construction hearing. The Court assumes that the parties will meet and confer about, and reach a stipulation regarding, the conduct of the claim construction hearing, including the division of time between them and the extent of any presentation by experts. The court will adopt the parties' agreement as its order. If the parties are not able to reach agreement on the parameters of

/ / /

the claim construction hearing, they should advise the Court in a joint letter of not longer than one page by April 8, 2013.

**IT IS SO ORDERED**.

Dated: April 3, 2013



JON S. TIGAR
United States District Judge