United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>Defendant. | Case No.  12-cv-02099-JST<br><br>**ORDER RE: CONDUCT OF TECHNOLOGY TUTORIAL**<br><br>Re: Dkt. No. 60 |

The court has received the joint letter from counsel dated April 8, 2013 regarding the conduct of the technology tutorial scheduled for April 16, 2013.  In the letter, the parties dispute whether they should be permitted to present expert testimony during the technology tutorial.  The Plaintiff would like to do so; the Defendant would prefer that no one do.

Having reviewed the parties' arguments, it appears that Defendant has reasonably relied on the Court's prior scheduling order, which stated that the technology tutorial would "be conducted by counsel only, not experts."  Dkt. No. 34, ¶ 4.

No party having raised the issue with the Court until now, and the Court having not invited expert testimony, and with the hearing now only a week away, the Court concludes that the fairest outcome is to affirm the restriction in the Court's original order.  The technology tutorial will be conducted by counsel only.

**IT IS SO ORDERED**.

Dated:  April 9, 2013

_____
JON S. TIGAR
States District Judge