# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 2 hours, 5 minutes |
| Date: | April 16, 2013 | | |

Case No.  **3:12-cv-02099-JST**

Case Title:  **ASUS Computer International v. Round Rock Research, LLC**

Appearances:

    For Plaintiff:    John P. Schnurer; James C. Pistorino
    For Defendant:    Justin P.D. Wilcox; Lauren M. Nowierski; Peter H. Chang

Deputy Clerk:  William Noble      Reporter:  Debra Pas

## *PROCEDEDINGS*

1. Tutorial

## *SUMMARY*

1. Tutorial held.
2. Case management conference set for April 30, 2013 is vacated. Case management conference will be held on May 1, 2013 at 9:30 a.m. at beginning of Claims Construction Hearing.