UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASUS COMPUTER INTERNATIONAL, | Case No. 12-cv-02099-JST |
|---|---|
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| ROUND ROCK RESEARCH, LLC, | |
| Defendant. | |

Pursuant to the parties' Joint Motion to Amend Case Deadlines, ECF No. 72, Federal Rule of Civil Procedure 16, and Civil Local Rule 16-10, the Court hereby sets the following case deadlines:

| **Event** | **Deadline** |
|---|---|
| Non-expert discovery cut-off | Oct. 31, 2013 |
| Opening expert reports | Oct. 31, 2013 |
| Opposing expert reports | Nov. 14, 2013 |
| Reply expert reports | Nov. 21, 2013 |
| Expert discovery cut-off | Dec. 4, 2013 |
| Deadline to file dispositive motions | Jan. 16, 2014 |
| Pretrial conference | May 9, 2014, at 2:00 p.m. |
| Trial | May 19, 2014, at 8:30 a.m. |

1	Counsel may not modify these dates without leave of court.  The parties shall comply with
2	the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

3	The parties must take all necessary steps to conduct discovery, compel discovery, hire
4	counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
5	manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their
6	calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

7	Trial dates set by this Court should be regarded as firm.  Requests for continuance are
8	disfavored.  The Court will not consider any event subsequently scheduled by a party, party-
9	controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant
10	a continuance.  The Court will not consider the pendency of settlement discussions as good cause
11	to grant a continuance.

12	Dated:  May 10, 2013

_____
JON S. TIGAR
United States District Judge

2