BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6210
Facsimile: 415-813-6222

DESMARAIS LLP
Paul A. Bondor (admitted *pro hac vice*)
pbondor@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Jonas R. McDavit (admitted *pro hac vice*)
jmcdavit@desmaraisllp.com
Lauren M. Nowierski (admitted *pro hac vice*)
lnowierski@desmaraisllp.com
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Attorneys for Defendant and Counterclaim Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>    *Defendant*. | Civil Action No. 3:12-cv-02099-JST<br><br>JURY TRIAL DEMANDED |
| ROUND ROCK RESEARCH, LLC,<br><br>    *Counterclaim Plaintiff*,<br><br>    v.<br><br>ASUSTEK COMPUTER INC. AND<br>ASUS COMPUTER INTERNATIONAL,<br><br>    *Counterclaim Defendants*. | |

**ROUND ROCK'S RESPONSIVE BRIEF TO ASUS'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

**[FILED UNDER SEAL]**