1  BLACK CHANG & HAMILL LLP
   Bradford J. Black (SBN 252031)
2  bblack@bchllp.com
   Andrew G. Hamill (SBN 251156)
3  ahamill@bchllp.com
   4 Embarcadero Center, Suite 1400
4  San Francisco, California 94111
   Telephone: 415-813-6210
5  Facsimile:  415-813-6222

6  DESMARAIS LLP
   Paul A. Bondor (admitted pro hac vice)
7  pbondor@desmaraisllp.com
   Justin P.D. Wilcox (admitted pro hac vice)
8  jwilcox@desmaraisllp.com
   Jonas R. McDavit (admitted pro hac vice)
9  jmcdavit@desmaraisllp.com
   Lauren M. Nowierski (admitted pro hac vice)
10 lnowierski@desmaraisllp.com
   230 Park Avenue
11 New York, New York 10169
   Telephone: 212-351-3400
12 Facsimile:  212-351-3401

13 *Attorneys for Defendant and Counterclaim Plaintiff*

14             **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15
                 **SAN FRANCISCO DIVISION**
16

17 ASUS COMPUTER INTERNATIONAL,         Case No. 3:12-cv-02099-JST
   INC.,
18                                       **DECLARATION OF LAUREN M.**
                 *Plaintiff,*            **NOWIERSKI IN SUPPORT OF**
19                                       **DEFENDANT ROUND ROCK**
             v.                          **RESEARCH, LLC'S OPPOSITION**
20                                       **TO ASUS'S MOTION FOR**
   ROUND ROCK RESEARCH, LLC,            **SUMMARY JUDGMENT OF NON-**
21                                       **INFRINGEMENT**
                 *Defendant.*
22

23 ROUND ROCK RESEARCH, LLC,

24               *Counterclaim Plaintiff,*

25           v.

26 ASUSTEK COMPUTER INC. and ASUS
   COMPUTER INTERNATIONAL, INC.,
27
                 *Counterclaim Defendant.*
28

1    I, Lauren M. Nowierski, declare as follows:

2         1.      I am an attorney with the law firm Desmarais LLP, counsel for defendant Round

3    Rock Research, LLC ("Round Rock") in this action.  I have personal knowledge of the information

4    presented herein, and if called as a witness, I could competently testify regarding the matters set

5    forth herein.  I submit this declaration in support of Round Rock's Opposition to ASUS' Motion for

6    Summary Judgment of Non-Infringement.

7         2.      Attached hereto as Exhibit 1 is a true and accurate copy of Round Rock Research,

8    LLC's Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent Local Rules

9    3-1 & 3-2, served on September 20, 2012.

10        3.      Attached hereto as Exhibit 2 is a true and accurate copy of a letter from Gwen Brons

11   to Michael J. Engle dated September 20, 2012.

12        4.      Attached hereto as Exhibit 3 is a true and accurate copy of Plaintiff's Preliminary

13   Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5, served on November 8, 2012.

14        5.      Attached hereto as Exhibit 4 is a true and accurate copy of Round Rock Research's

15   First Set of Requests to ASUS for the Production of Documents and Things (Nos. 1-57), served on

16   September 28, 2012.

17        6.      Attached hereto as Exhibit 5 is a true and accurate copy of Round Rock Research's

18   Second Set of Requests for Production of Documents and Things to ASUS (Nos. 58-77), served on

19   August 26, 2013.

20        7.      Attached hereto as Exhibit 6 is a true and accurate copy of Plaintiff and Counterclaim

21   Defendants ASUS Computer International's and ASUSTeK Computer Inc.'s Responses and

22   Objections to Round Rock Research's First Set of Requests for Production of Documents and Things

23   (Nos. 1-57), served on November 1, 2012.

24        8.      Attached hereto as Exhibit 7 is a true and accurate copy of a letter from Goldie

25   Wilder to Paul A. Bondor dated November 8, 2012.

26        9.      Attached hereto as Exhibit 8 is a true and accurate copy of Plaintiff and Counterclaim

27   Defendants ASUSTeK Computer Inc. and ASUS Computer International's First Request for

28   Production (No. 1), served on July 11, 2012.

10.     Attached hereto as Exhibit 9 is a true and accurate copy of Plaintiff and Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International's Second Set of Requests for Production (Nos. 2-91), served on November 5, 2012.

11.     Attached hereto as Exhibit 10 is a true and accurate copy of Round Rock Research LLC's Responses and Objections to Plaintiff and Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International's First Request for Production (No. 1), served on August 13, 2012.

12.     Attached hereto as Exhibit 11 is a true and accurate copy of Round Rock Research LLC's Responses and Objections to Plaintiff and Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International's Second Set of Requests for Production (Nos. 2-91), served on December 10, 2012.

13.     Attached hereto as Exhibit 12 are true and accurate copies of:  a letter from Gwen Brons to Michael J. Engle dated August 28, 2012; a letter from Gwen Brons to Michael J. Engle dated September 13, 2012; a letter from Jason Emden to Michael J. Engle dated September 19, 2012; a letter from Gwen Brons to Michael Engle dated September 20, 2012, a letter from Lauren M. Nowierski to Michael J. Engle dated September 28, 2012; a letter from Gwen Brons to Michael J. Engle dated January 7, 2013; a letter from Gwen Brons to James Pistorino dated February 14, 2013; an email chain containing an email from Morgan Lehmann to Michael J. Engle (mengle@perkinscoie.com) dated March 14, 2013 and an email from Gwen Brons to Michael J. Engle dated May 31, 2013; an email from Adriana Lawrence to Tawen Chang (tchang@perkinscoie.com), Michael Engle (mengle@perkinscoie.com), John Schnurer (jschnurer@perkinscoie.com); Jack Ko (jko@perkinscoie.com), and James Pistorino (jpistorino@perkinscoie.com) dated July 23, 2013; an email from Adriana L. Lawrence to Tawen Chang (tchang@perkinscoie.com), Michael Engle (mengle@perkinscoie.com), John Schnurer (jschnurer@perkinscoie.com); Jack Ko (jko@perkinscoie.com), James Pistorino (jpistorino@perkinscoie.com), and Miguel Bombach (mbombach@perkinscoie.com) dated August 1, 2013; and an email from Lauren M. Nowierski to Tawen Chang (tchang@perkinscoie.com), John

1   Schnurer  (jschnurer@perkinscoie.com),  James  Pistorino  (jpistorino@perkinscoie.com),  and

2   Michael Engle (mengle@perkinscoie.com), dated August 23, 2013.

3       14.    Attached hereto as Exhibit 13 is a true and accurate copy of Round Rock Research

4   LLC's First Set of Interrogatories to ASUS (Nos. 1-11), served on October 5, 2012.

5       15.    Attached hereto as Exhibit 14 is a true and accurate copy of Plaintiff and

6   Counterclaim Defendants ASUSTeK Computer Inc. and ASUS Computer International's Responses

7   and Objections to Round Rock Research LLC's First Interrogatories to ASUS (Nos. 1-11), served on

8   November 8, 2012, which was designated "Highly Confidential – Attorneys' Eyes Only Pursuant To

9   Patent Local Rule 2-2." **FILED UNDER SEAL.**

10      16.    Attached hereto as Exhibit 15 is a true and accurate copy of Plantiff and Counterclaim

11  Defendants  ASUSTeK  Computer  Inc.  and  ASUS  Computer  International's  First  Set  of

12  Interrogatories (Nos. 1-14), served on November 11, 2012.

13      17.    Attached hereto as Exhibit 16 is a true and accurate copy of Round Rock Research's

14  Objections and Responses to ASUS's First Set of Interrogatories (Nos. 1-14), served December 10,

15  2012, which was designated "Highly Confidential – Attorneys' Eyes Only Pursuant To Patent Local

16  Rule 2-2." **FILED UNDER SEAL.**

17      18.    Attached hereto as Exhibit 17 is a true and accurate copy of a letter from Lauren M.

18  Nowierski to John P. Schnurer dated January 24, 2013.

19      19.    Attached hereto as Exhibit 18 is a true and accurate copy of a letter from James

20  Pistorino to Lauren M. Nowierski dated February 19, 2013.

21      20.    Attached hereto as Exhibit 19 is a true and accurate copy of ASUSTeK Computer

22  Inc.'s and ASUS Computer International's First Supplemental Responses to Interrogatories (Nos. 3-

23  5), served on April 30, 2013, which was designated "Highly Confidential – Attorneys' Eyes Only

24  Pursuant To Patent Local Rule 2-2." **FILED UNDER SEAL.**

25      21.    Attached hereto as Exhibit 20 are true and accurate copies of Round Rock's Notice of

26  Subpoena to Himax Imaging Incorporated, dated January 9, 2013; Round Rock's Notice of

27  Subpoena to Kingston Technology Company, dated January 9, 2013; Round Rock's Notice of

28

1   Subpoena to Omnivision Technologies, Inc., dated January 9, 2013; and Round Rock's Notice of

2   Subpoena to Pixart Imaging, Inc., served January 9, 2013.

3       22.    Attached hereto as Exhibit 21 are true and accurate copies of ASUS Computer

4   International's and ASUSTeK Computer Inc.'s Notice of Subpoena to Micron Technology, Inc.,

5   dated June 5, 2013; ASUS Computer International's and ASUSTeK Computer Inc.'s Notice of

6   Subpoena to Toshiba America Electronic Components, Inc., dated June 17, 2013; and ASUS

7   Computer International's and ASUSTeK Computer Inc.'s Notice of Subpoena to Hynix

8   Semiconductor Manufacturing America Inc. and SK Hynix America, Inc., dated June 26, 2013.

9       23.    Attached hereto as Exhibit 22 is a true and accurate copy of a letter from James

10  Pistorino to Lauren M. Nowierski dated October 10, 2012

11      24.    Attached hereto as Exhibit 23 is a true and accurate copy of a letter from Lauren M.

12  Nowierski to James Pistorino dated October 12, 2012.

13      25.    Attached hereto as Exhibit 24 is a true and accurate copy of a letter from James

14  Pistorino to Lauren M. Nowierski dated October 22, 2012.

15

16

17  I declare under penalty of perjury that the foregoing is true and correct.

18

19

20  Executed on September 14, 2013, in New York, New York.

21

22

23

24                                      Lauren M. Nowierski

25

26

27

28