# EXHIBIT 8

1  John P. Schnurer, Bar No. 185725
   JSchnurer@perkinscoie.com
2  Cheng (Jack) Ko, Bar No. 244630
   JKo@perkinscoie.com
3  Michael J. Engle, Bar No. 259476
   MEngle@perkinscoie.com
4  PERKINS COIE LLP
   11988 El Camino Real, Suite 200
5  San Diego, CA  92130-3334
   Telephone:  858.720.5700
6  Facsimile:  858.720.5799

7  James C. Pistorino, Bar No. 226496
   JPistorino@perkinscoie.com
8  PERKINS COIE LLP
   3150 Porter Drive
9  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
10 Facsimile:  650.838.4350

11 Attorneys for Plaintiff ASUS Computer International
   and Counterclaim Defendant ASUSTeK Computer
12 Inc.

13

14                 UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17  ASUS COMPUTER INTERNATIONAL,          Case No. 5:12-cv-02099-WHA

18              Plaintiff,                PLAINTIFF AND COUNTERCLAIM
                                          DEFENDANTS ASUSTEK COMPUTER INC.
19       v.                               AND ASUS COMPUTER
                                          INTERNATIONAL'S FIRST REQUEST FOR
20  ROUND ROCK RESEARCH, LLC,             PRODUCTION (NO. 1)

21
                Defendant.
22

23  PROPOUNDING PARTY:       Plaintiff and Counterclaim Defendants ASUSTEK
                             COMPUTER, INC. and ASUS COMPUTER
24                           INTERNATIONAL

25  RESPONDING PARTY:        Defendant ROUND ROCK RESEARCH, LLC

26  SET NUMBER:              ONE

27

28

FIRST SET OF REQUESTS FOR
                                                PRODUCTION

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendants ASUSTeK Computer, Inc. and ASUS Computer International request that Round Rock Research, LLC produce the documents and things responsive to these requests in the manner required by the Federal Rules, and send them within 30 days to the attention of Michael J. Engle at Perkins Coie LLP, 11988 El Camino Real, Suite 200, San Diego, CA 92130-3334. Round Rock is subject to a duty to supplement all responses and productions to these requests in accordance with Federal Rule of Civil Procedure 26(e).

## **DEFINITIONS**

A.    The terms "Round Rock," "You," or "Your" shall mean Round Rock Research, LLC and any parent, predecessor, successor, subsidiary, division, assigns, and each other person directly or indirectly, wholly or in part, owned or controlled by it; all present or former partners, principals, employees, officers, agents, legal representatives, consultants or other persons acting or purporting to act on their behalf; and any person in privity with them regarding the matters inquired about herein.

B.    The term "the '791 Patent" shall mean U.S. Patent No. 6,570,791.

C.    The term "the '276 Patent" shall mean U.S. Patent No. 6,765,276.

D.    The term "the '053 Patent" shall mean U.S. Patent No. 6,845,053.

E.    The term "the '949 Patent" shall mean U.S. Patent No. 6,930,949.

F.    The term "the '520 Patent" shall mean U.S. Patent No. 7,021,520.

G.    The term "the '353 Patent" shall mean U.S. Patent No. 7,279,353.

H.    The terms "Patent-in-Suit" or "Patents-in-Suit" shall mean the '791 Patent, '276 Patent, '053 Patent, '949 Patent, '520 Patent, '353 Patent, and any other patent added to this litigation by amended pleading or complaint.

I.    The terms "Related Patent" and "Related Patents" mean all patents and patent applications, including without limitation any patent, continuation, continuation-in-part, divisional, reexamination, reissue, or foreign counterpart patent or patent application, related directly or indirectly to any Patent-in-Suit.

-2-

FIRST SET OF REQUESTS FOR PRODUCTION

1    J.    The terms "refer to," "referring to," "relate to," and "relating to" mean

2  constituting, pertaining to, mentioning, commenting on, connected with, discussing, describing,

3  identifying, analyzing, explaining, showing, reflecting, dealing with, comprising, consisting of,

4  containing, resulting from, or regarding a particular subject in whole or in part, either directly or

5  indirectly.

6    K.    The words "and" or "or" shall be construed conjunctively or disjunctively,

7  whichever makes the request more inclusive.

8                              **INSTRUCTIONS**

9    1.    Grammar and syntax, as used in these requests, shall be construed and interpreted

10  to give proper meaning and consistency to their context.  By way of illustration and not by way of

11  limitation, the singular form of words may include the plural and the plural form of words may

12  apply to each individual person and or thing, and the use of any gender or tense may be construed

13  to include all genders and tenses, wherever appropriate in these requests, to bring within their

14  scope any information which might otherwise be construed to be outside their scope.  Wherever

15  appropriate, any request made in the disjunctive shall be read as if made in the conjunctive, and

16  vice versa.

17    2.    If you withhold any documents covered by this Set of Requests by reason of a

18  claim of privilege, or if you object to any part of any request for production for reasons of a claim

19  of privilege, you shall furnish to ASUS a list identifying each such document for which the

20  privilege is claimed or to which the objection relates, together with the following information:

21        (a)    The reason(s) for each objection or claim of privilege;

22        (b)    The exact name and title of the document;

23        (c)    The date of the document;

24        (d)    The identity of each person who wrote, signed, initiated, initialed, dictated, or

25            otherwise participated in the creation of the document;

26        (e)    The general subject matter of the document; and

27        (f)    The identity of each person who was an addressee of or received the document

28            or a copy thereof.

-3-

FIRST SET OF REQUESTS FOR
PRODUCTION

3.      Where a responsive document has been destroyed, or is alleged to have been destroyed, or exists but is no longer in your possession, custody or control, state the reasons for its destruction or disposition, state the persons having any knowledge of its destruction or disposition, provide documentation concerning your document retention policy, provide the date(s) and circumstances under which each such document was destroyed or you were disposed of such document, and state the persons responsible for its destruction or disposition.

4.      If no documents are responsive to a particular request, state that no responsive documents exist.

5.      Electronic documents shall be produced in their native electronic format, unless otherwise agreed upon by the parties.

6.      All documents requested are to be produced in the same file or other organizational environment in which they are maintained.  For example, a document that is part of a file, docket, or other grouping, should be physically produced together with all other documents from said file, docket or grouping, in the same order or manner of arrangement as the original.  Alternatively, as to each document and thing produced, identify the request for production and where applicable, the interrogatory number, in response to which you are producing the document or thing.

7.      Please keep and produce a record of the source of each document produced.  This shall include the name and location of the file where each document was located and the name of the person, group or department having possession, custody or control of each document. documents attached to each other must not be separated.

8.      The requests set forth herein shall be deemed continuing pursuant to Federal Rules of Civil Procedure 26(e)(1) and (2) so as to require supplemental production of documents and things if Round Rock discovers, makes, or acquires responsive documents and things after the date of response hereto despite a diligent effort to provide all responsive documents within the time specified by the Federal Rule of Civil Procedure 34.

-4-

FIRST SET OF REQUESTS FOR
PRODUCTION

## REQUESTS FOR THE PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All licenses, covenants not to sue, or other transfers of rights relating to any Patent-in-Suit or Related Patent, including any license of or covenant not to sue on Round Rock's patent portfolio.


DATED:  July 11, 2012

*/s/ Michael J. Engle*
Michael J. Engle
MEngle@perkinscoie.com
**Perkins Coie LLP**
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:  858.720.5799

*Attorneys for Plaintiff ASUS Computer International and Counterclaim Defendant ASUSTeK Computer Inc.*

1

## **CERTIFICATE OF SERVICE**

2

   The undersigned hereby certifies that all counsel of record who are deemed to have

3

consented to electronic service are being served with a copy of this document via the Court's

4

CM/ECF system per Local Rule 5-5(b).  Any other counsel of record will be served via email.

5

6

                    */s/ Michael J. Engle*
                    Michael J. Engle

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST SET OF REQUESTS FOR
PRODUCTION

78864-0008/LEGAL24129597.1