UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>Defendant. | Case No. 12-cv-02099-JST<br><br>**ORDER DIRECTING CLERK TO TERMINATE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 84 |

The Court directs the Clerk of Court to terminate the administrative motion to file under seal at docket number 84. The Motion fails to comply with this Court's Standing Order Governing Administrative Motions to File Under Seal (cand.uscourts.gov/jstorders). ASUStek Computer, Inc. is directed to re-file after consulting the Standing Order.

This Order does not operate as a denial for purposes of Civil Local Rule 79-5(d) and (e).

Dated: September 17, 2013

_____
JON S. TIGAR
United States District Judge