BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6210
Facsimile:  415-813-6222

DESMARAIS LLP
Paul A. Bondor (admitted *pro hac vice*)
pbondor@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Jonas R. McDavit (admitted *pro hac vice*)
jmcdavit@desmaraisllp.com
Lauren M. Nowierski (admitted *pro hac vice*)
lnowierski@desmaraisllp.com
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Attorneys for Defendant and Counterclaim Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL, | |
| *Plaintiff*, | Civil Action No. 3:12-cv-02099-JST |
| v. | JURY TRIAL DEMANDED |
| ROUND ROCK RESEARCH, LLC, | STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER |
| *Defendant*. | |
| ROUND ROCK RESEARCH, LLC, | |
| *Counterclaim Plaintiff*, | |
| v. | |
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, | |
| *Counterclaim Defendants*. | |

STIPULATION MODIFYING SCHEDULING ORDER                          Case No. 3:12-cv-2099-JST

1   IT IS HEREBY STIPULATED AND AGREED, by the parties hereto through their
2 respective attorneys of record, subject to the Court's approval, to amend certain deadlines in the
3 Scheduling Order (D.I. 75) as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Non-expert discovery cut-off | Oct. 31, 2013 | Oct. 31, 2013 |
| Opening expert reports | Oct. 31, 2013 | Nov. 14, 2013 |
| Opposing expert reports | Nov. 14, 2013 | Nov. 27, 2013 |
| Reply expert reports | Nov. 21, 2013 | Dec. 4, 2013 |
| Expert discovery cut-off | Dec. 4, 2013 | Dec. 18, 2013 |
| Deadline to file dispositive motions | Jan. 16, 2014 | Jan. 16, 2014 |
| Pretrial conference | May 9, 2014, at 2:00pm | May 9, 2014, at 2:00pm |
| Trial | May 19, 2014, at 8:30am | May 19, 2014, at 8:30am |

Dated: October 4, 2013

**BLACK & HAMILL** LLP

By: /s/ Andrew G. Hamill
Bradford J. Black (SBN 252031)
bblack@ blackhamill.com
Andrew G. Hamill (SBN 251156)
ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Tel.: 415-813-6210
Fax: 415-813-6222

*Local Counsel for Defendant Round Rock Research, LLC*

Paul A. Bondor (admitted *pro hac vice*)
pbondor@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Jonas R. McDavit (admitted *pro hac vice*)
jmcdavit@desmaraisllp.com
Lauren M. Nowierski (admitted *pro hac vice*)
lnowierski@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel.: 212- 351-3400
Fax: 212-351-3401

*Lead Counsel for Defendant Round Rock Research, LLC*

| | |
|---|---|
| DATED:  October 4, 2013 | **PERKINS COIE LLP**<br><br>By: _/s/ James C. Pistorino_<br>     John P. Schnurer, Bar No. 185725<br>     JSchnurer@perkinscoie.com<br>     Jack Ko, Bar No. 244630<br>     JKo@perkinscoie.com<br>     Tawen Chang, Bar No. 215512<br>     Tchang@perkinscoie.com<br>     PERKINS COIE LLP<br>     11988 El Camino Real, Suite 200<br>     San Diego, CA  92130-3334<br>     Telephone:  858.720.5700<br>     Facsimile:   858.720.5799<br><br>     James C. Pistorino, Bar No. 226496<br>     JPistorino@perkinscoie.com<br>     PERKINS COIE LLP<br>     3150 Porter Drive<br>     Palo Alto, CA 94304-1212<br>     Telephone:  650.838.4300<br>     Facsimile:   650.838.4350<br><br>*Attorneys for Plaintiff ASUS COMPUTER INTERNATIONAL and Counterclaim Defendant ASUSTEK COMPUTER INC.* |

I, Lauren M. Nowierski, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: October 4, 2013     **DESMARAIS LLP**

By: */s/ Lauren M. Nowierski*
    Lauren M. Nowierski
    LNowierski@desmaraisllp.com

*Lead Counsel for Plaintiff*
*Round Rock Research, LLC*

**IT IS SO ORDERED.**

Date Entered: _____     _____

    The Honorable Jon S. Tigar
    United States District Judge