1   BLACK & HAMILL LLP
    Bradford J. Black (SBN 252031)
2   bblack@bchllp.com
    Andrew G. Hamill (SBN 251156)
3   ahamill@bchllp.com
    4 Embarcadero Center, Suite 1400
4   San Francisco, California 94111
    Telephone: 415-813-6210
5   Facsimile: 415-813-6222

6   DESMARAIS LLP
    Paul A. Bondor (admitted *pro hac vice*)
7   pbondor@desmaraisllp.com
    Justin P.D. Wilcox (admitted *pro hac vice*)
8   jwilcox@desmaraisllp.com
    Jonas R. McDavit (admitted *pro hac vice*)
9   jmcdavit@desmaraisllp.com
    Lauren M. Nowierski (admitted *pro hac vice*)
10  lnowierski@desmaraisllp.com
    230 Park Avenue
11  New York, NY 10169
    (212) 351-3400 (Telephone)
12  (212) 351-3401 (Facsimile)
13

14  *Attorneys for Defendant and Counterclaim Plaintiff*

15              **UNITED STATES DISTRICT COURT**
            **NORTHERN DISTRICT OF CALIFORNIA**
16               **SAN FRANCISCO DIVISION**

17  **ASUS COMPUTER INTERNATIONAL,** )
                                      )
18       *Plaintiff*,                )   **Civil Action No. 3:12-cv-02099-JST**
                                      )
19       **v.**                      )   **JURY TRIAL DEMANDED**
                                      )
20  **ROUND ROCK RESEARCH, LLC,**    )
                                      )   **STIPULATION AND [PROPOSED] ORDER**
21       *Defendant*.                )   **MODIFYING SCHEDULING ORDER**
                                      )
22                                    )
                                      )
23  **ROUND ROCK RESEARCH, LLC,**    )
                                      )
24       *Counterclaim Plaintiff*,   )
                                      )
25       **v.**                      )
                                      )
26  **ASUSTEK COMPUTER INC. AND**    )
    **ASUS COMPUTER INTERNATIONAL,** )
27                                    )
         *Counterclaim Defendants*.  )
28                                    )

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto through their respective attorneys of record, subject to the Court's approval, to amend certain deadlines in the Scheduling Order (D.I. 75, 107) as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Non-expert discovery cut-off | Oct. 31, 2013 | Nov. 22, 2013 |
| Opening expert reports | Nov. 14, 2013 | Dec. 6, 2013 |
| Opposing expert reports | Nov. 27, 2013 | Dec. 20, 2013 |
| Reply expert reports | Dec. 4, 2013 | Jan. 10, 2014 |
| Expert discovery cut-off | Dec. 18, 2013 | Jan. 31, 2014 |
| Deadline to file dispositive motions | Jan. 16, 2014 | ~~Feb. 14, 2014~~<br>Jan. 16, 2014 |
| Pretrial conference | May 9, 2014, at 2:00pm | May 9, 2014, at 2:00pm |
| Trial | May 19, 2014, at 8:30am | May 19, 2014, at 8:30am |

1

2 Dated: October 15, 2013

3                                                         **BLACK & HAMILL** LLP

4                                                         By:   */s/ Andrew G. Hamill*
                                                                Bradford J. Black (SBN 252031)
5                                                               bblack@ blackhamill.com
                                                                Andrew G. Hamill (SBN 251156)
6                                                               ahamill@blackhamill.com
                                                                4 Embarcadero Center, Suite 1400
7                                                               San Francisco, California 94111
                                                                Tel.: 415-813-6210
8                                                               Fax: 415-813-6222
                                                         *Local Counsel for Defendant Round Rock*
9                                                        *Research, LLC*

10
                                                                Paul A. Bondor (admitted *pro hac vice*)
11                                                              pbondor@desmaraisllp.com
                                                                Justin P.D. Wilcox (admitted *pro hac vice*)
12                                                              jwilcox@desmaraisllp.com
                                                                Jonas R. McDavit (admitted *pro hac vice*)
13                                                              jmcdavit@desmaraisllp.com
                                                                Lauren M. Nowierski (admitted *pro hac vice*)
14                                                              lnowierski@desmaraisllp.com
                                                                DESMARAIS LLP
15                                                              230 Park Avenue
                                                                New York, NY 10169
16                                                              Tel.: 212- 351-3400
                                                                Fax: 212-351-3401
17

18                                                       *Lead Counsel for Defendant Round Rock*
                                                         *Research, LLC*
19

20

21

22

23

24

25

26

27

28

1

2    DATED:  October 15, 2013                    **PERKINS COIE** LLP

3                                              By:  _/s/ Tawen Chang_____
                                                  John P. Schnurer, Bar No. 185725
4                                                 JSchnurer@perkinscoie.com
                                                  Jack Ko, Bar No. 244630
5                                                 JKo@perkinscoie.com
                                                  Tawen Chang, Bar No. 215512
6                                                 Tchang@perkinscoie.com
                                                  PERKINS COIE LLP
7                                                 11988 El Camino Real, Suite 200
                                                  San Diego, CA  92130-3334
8                                                 Telephone:  858.720.5700
                                                  Facsimile:   858.720.5799
9

10                                                James C. Pistorino, Bar No. 226496
                                                  JPistorino@perkinscoie.com
11                                                PERKINS COIE LLP
                                                  3150 Porter Drive
12                                                Palo Alto, CA 94304-1212
                                                  Telephone:  650.838.4300
13                                                Facsimile:   650.838.4350

14

15                                               *Attorneys for Plaintiff ASUS COMPUTER*
                                                 *INTERNATIONAL and Counterclaim Defendant*
16                                               *ASUSTEK COMPUTER INC.*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3          I, Lauren M. Nowierski, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

4     concurrence to the filing of this document has been obtained from each signatory hereto.

5     DATED:  October 15, 2013              **DESMARAIS LLP**

6
                                           By:  _/s/ Lauren M. Nowierski_
7                                              Lauren M. Nowierski
                                               LNowierski@desmaraisllp.com
8
                                           *Lead Counsel for Plaintiff*
9                                          *Round Rock Research, LLC*

10

11

12    **IT IS SO ORDERED.**

13

14    Date Entered: October 16, 2013

15                                          The Honorable Judge Jon S. Tigar
                                           United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28