1  Duane H. Mathiowetz (SBN 111831)
   SCHIFF HARDIN LLP
2  One Market, Spear Street Tower
   32nd Floor
3  San Francisco, CA 94105
   (415) 901-8645
4  dmathiowetz@schiffhardin.com

5  Attorneys for
   PIXART IMAGING (U.S.A.), INC.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13 | ASUSTEK COMPUTER INC. AND         Case No. 3:12-cv-02099-JST
     ASUS COMPUTER INTERNATIONAL,
14 |
                Plaintiffs,
15 |                                    **[PROPOSED] ORDER GRANTING NON-
          v.                            PARTY PIXART IMAGING (U.S.A.),
16 |                                    INC.'S MOTION TO QUASH
     ROUND ROCK RESEARCH, LLC,          DEPOSITION SUBPOENA AND
17 | AMERICAN MEGATRENDS INC.,          AWARDING SANCTIONS**
     SAMSUNG ELECTRONICS CO., LTD.,
18 |
                Defendants.
19

20

21

22

23

24

25

26

27

28

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 3:12-CV-02099-JST

[PROPOSED] ORDER GRANTING NON-PARTY PIXART IMAGING (U.S.A.), INC.'S MOTION TO QUASH

On December 5, 2013, at 2:00 p.m., the Court heard Non-Party PixArt Imaging (U.S.A.), Inc.'s (hereinafter "PixArt USA") motion to quash the Subpoena to Appear and Testify at a Deposition in a Civil Action (the "Deposition Subpoena") served upon it on or about September 12, 2013, by Round Rock Research, LLC. Having read and considered the papers filed in support of and in opposition to the motion, and having heard the oral arguments of counsel, the Court orders as follows:

GOOD CAUSE APPEARING THEREFOR, PixArt USA's Motion to Quash and for Sanctions is hereby **GRANTED**. Round Rock Research shall pay the reasonable attorney's fees and costs incurred by PixArt USA in responding to the Deposition Subpoena, including fees and costs related to filing its motion to quash. Within 14 days of this Order, PixArt shall submit its request for fees and costs and documents supporting same.

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
JON S. TIGAR
United States District Court Judge

42519-0000
SF\320854236.1