# EXHIBIT B



One Market
Spear Street Tower
Thirty-Second Floor
San Francisco, CA  94105

*t* 415.901.8700
*f* 415.901.8701

www.schiffhardin.com

Duane H. Mathiowetz
415-901-8645
dmathiowetz@schiffhardin.com

January 15, 2013

Lauren M. Nowierski
DESMARAIS LLP
230 Park Avenue
New York, NY 10169

      Re:    Civil Action No. 3:12-cv-0299-WHA
             Subpoena Directed to PixArt Imaging (USA), Inc.

Dear Ms. Nowierski:

      We have been retained by PixArt Imaging (USA), Inc. to respond to the subpoena which you issued on behalf of Round Rock Research, LLC in the referenced litigation.

      As I indicated in my phone conversation with you on January 10, 2012, PixArt Imaging (USA), Inc. does not manufacture, sell or offer to sell, nor has it done so in the past, the PixArt PAS6311LT image sensor that is the subject of your subpoena. PixArt Imaging (USA), Inc. has no documents identified in the subpoena in its possession, custody or control, and therefore will not be producing any documents in response to the subpoena.

      If you have any questions, please feel free to give me a call.

                           Very truly yours,

                           Duane H. Mathiowetz

DHM:bn

cc:    Bradford J. Black
       John P. Schnurer
       James C. Pistorino

Chicago  |  Washington  |  New York  |  Lake Forest  |  Atlanta  |  San Francisco  |  Boston