# EXHIBIT C

| | |
|---|---|
| **From:** | Lauren Nowierski |
| **Sent:** | Thursday, August 29, 2013 3:14 PM |
| **To:** | dmathiowetz@schiffhardin.com |
| **Cc:** | Edward Terchunian; Justin Wilcox |
| **Subject:** | ASUSTek Computer Inc. v. Round Rock Research, LLC, Civ. A. No. 3:12-2099-JST (N.D. Cal.) - Subpoena to PixArt Imaging (USA), Inc. |
| **Attachments:** | 2013 01 15 Ltr from Mathiowetz to Nowierski.pdf |

Duane:

We spoke quite some time ago regarding Round Rock's subpoena on PixArt Imaging (USA) in the above referenced matter. I have attached our previous correspondence for your convenience. As this case has progressed, I am interested in understanding a bit more about your response to our subpoena.

Please let me know if you have any time over the next week to briefly touch base.

Kind regards,
Lauren

Lauren M. Nowierski
**Desmarais LLP**
230 Park Avenue
New York, NY 10169
D: (212) 351-3426
M: (212) 351-3400
F: (212) 351-3401
lnowierski@desmaraisllp.com