# EXHIBIT E

| | |
|---|---|
| **From:** | Mathiowetz, Duane H. <DMathiowetz@schiffhardin.com> |
| **Sent:** | Wednesday, September 25, 2013 7:44 PM |
| **To:** | Lauren Nowierski |
| **Cc:** | Justin Wilcox; Edward Terchunian; Robert Harrits; Pistorino, James C.  (Perkins Coie) |
| **Subject:** | RE: ASUS v. Round Rock Research, LLC, Civ. A. No. 3:12-2099 - Subpoena to Pixart USA |
| **Attachments:** | PixArt Objections to Subpoena.pdf |

Lauren:

This will confirm our conversation on September 13, 2013, that PixArt Imaging (U.S.A.), Inc. does not have possession, custody or control of the documents requested in the January subpoena.  Therefore, PixArt has not produced any documents in response to the subpoena.

With respect to the deposition subpoena served on PixArt Imaging (U.S.A.) on September 12, 2013, I enclose PixArt Imaging (U.S.A.)'s objections to the subpoena and the topics identified therein.  Please note that my client has no information pertaining to the deposition subpoena topics.  We respectfully request that you withdraw the deposition subpoena upon receipt of this email.  If you do not withdraw it, or at a minimum agree that no appearance is necessary, we will file a motion to quash and seek appropriate fees and costs.

If you want to discuss the subpoena any further, please do not hesitate to give me a call.

Regards,
Duane



| | | | |
|---|---|---|---|
| | | | Download vCard |
| | | | View Bio |
| **Duane H. Mathiowetz** | One Market | *t* 415.901.8645 | |
| Partner | Spear Street Tower, Suite 3200 | *f* 415.901.8701 | |
| | San Francisco, CA 94105 | *e* dmathiowetz@schiffhardin.com | |
| | www.schiffhardin.com | | |

**From:** Lauren Nowierski [mailto:LNowierski@desmaraisllp.com]
**Sent:** Thursday, September 19, 2013 4:12 PM
**To:** Mathiowetz, Duane H.
**Cc:** Justin Wilcox; Edward Terchunian; Robert Harrits
**Subject:** ASUS v. Round Rock Research, LLC, Civ. A. No. 3:12-2099 - Subpoena to Pixart USA


Duane:

Thanks again for agreeing to speak with us last week regarding Round Rock's subpoena to Pixart USA.

Please confirm whether it is Pixart USA's position that Pixart USA does not have access to any documents relating to Pixart's image sensor:  PAS6311LT, as requested by the subpoena.

Please let us know Pixart USA's position as soon as possible, but no later than next Wednesday, September 25, 2013.

Thanks very much,
Lauren

Lauren M. Nowierski

**Desmarais LLP**
230 Park Avenue
New York, NY 10169
D: (212) 351-3426
M: (212) 351-3400
F: (212) 351-3401
lnowierski@desmaraisllp.com

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

```
-------------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
-------------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
-------------------------------------------------------------------
```