# EXHIBIT F

| | |
|---|---|
| **From:** | Lauren Nowierski |
| **Sent:** | Tuesday, October 01, 2013 8:12 PM |
| **To:** | Mathiowetz, Duane H. |
| **Cc:** | Round Rock PC Assertion Service |
| **Subject:** | RE: Deposition Subpoena Directed to PixArt Imaging (U.S.A.) |

Duane:

I apologize for the delay in my response. We would like more time to consider Pixart Imaging's objections to the subpoena for testimony.

In light of that, I propose that we continue the date of the subpoena from Friday, October 4, 2013 to Friday, October 18, 2013 to provide us with the time necessary to fully consider Pixart's objections. I will provide you with our response to your email as soon as I can.

Please let me know if you have any questions or concerns with that proposed course.

Kind regards,

Lauren

**From:** Mathiowetz, Duane H. [mailto:DMathiowetz@schiffhardin.com]
**Sent:** Monday, September 30, 2013 7:16 PM
**To:** Lauren Nowierski
**Subject:** RE: Deposition Subpoena Directed to PixArt Imaging (U.S.A.)

Thanks, Lauren. I do need your response by Tuesday, to give me time to prepare the motion to quash prior to the date of the deposition.



| | | | |
|---|---|---|---|
| | | | Download vCard |
| | | | View Bio |
| **Duane H. Mathiowetz** | One Market | *t* 415.901.8645 | |
| Partner | Spear Street Tower, Suite 3200 | *f* 415.901.8701 | |
| | San Francisco, CA 94105 | *e* dmathiowetz@schiffhardin.com | |
| | www.schiffhardin.com | | |

**From:** Lauren Nowierski [mailto:LNowierski@desmaraisllp.com]
**Sent:** Saturday, September 28, 2013 1:40 AM
**To:** Mathiowetz, Duane H.
**Cc:** Justin Wilcox; Edward Terchunian
**Subject:** RE: Deposition Subpoena Directed to PixArt Imaging (U.S.A.)

Duane:

I apologize, I am out on vacation this week, and will not be returning to the office until Monday. I will reply to your email on Monday.

Kind regards,

Lauren

---

**From:** Mathiowetz, Duane H. [mailto:DMathiowetz@schiffhardin.com]
**Sent:** Friday, September 27, 2013 3:47 PM
**To:** Lauren Nowierski
**Subject:** Deposition Subpoena Directed to PixArt Imaging (U.S.A.)

Dear Lauren:

On Wednesday, I sent you PixArt U.S.A.'s objections to the deposition subpoena served on it on September 12, 2013, with a request that Round Rock either withdraw the subpoena or provide written confirmation that it does not intend to go forward with the deposition. I have not received a response. Please advise us today of Round Rock's position so that we can either close the matter or prepare a motion to quash, as appropriate.

Thanks and regards,

Duane



|  |  |  |
|---|---|---|
|  |  | Download vCard |
|  |  | View Bio |
| **Duane H. Mathiowetz** | One Market | *t* 415.901.8645 |
| Partner | Spear Street Tower, Suite 3200 | *f* 415.901.8701 |
|  | San Francisco, CA 94105 | *e* dmathiowetz@schiffhardin.com |
|  | www.schiffhardin.com |  |

```
-------------------------------------------------------------------
Tax Matters: To the extent this message or any attachment concerns
tax matters, it is not intended or written to be used, and cannot
be used by a taxpayer, for the purpose of avoiding penalties
that may be imposed on the taxpayer under law.
-------------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
-------------------------------------------------------------------
```

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.