Case 3:12-cv-02099-JST   Document 154   Filed 12/12/13   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>Defendant. | Case No. 12-cv-02099-JST<br><br>**ORDER RE: STIPULATION MODIFYING SCHEDULING ORDER**<br><br>Re: ECF No. 153 |
|---|---|

Before the Court is the parties' stipulation modifying the Court's Scheduling Order. ECF No. 153. The Court hereby GRANTS IN PART the parties' stipulation, and amends the case deadlines as follows:

| **Event** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Fact Discovery Cutoff | December 12, 2013 | December 20, 2013 |
| Opening Expert Reports | December 19, 2013 | January 8, 2014 |
| Rebuttal Expert Reports | January 10, 2014 | January 24, 2014 |
| Expert Discovery Cutoff | January 31, 2014 | February 7, 2014 |
| Dispositive Motion Deadline | January 16, 2014 | February 28, 2014 |
| Pretrial Conference | May 9, 2014, at 2:00 p.m. | No change |
| Trial | May 19, 2014, at 8:30 p.m. | No change |

**IT IS SO ORDERED.**

Dated: December 12, 2013



_____
JON S. TIGAR
United States District Judge