1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11
12

ASUS COMPUTER INTERNATIONAL,

Plaintiff,

13

v.

14

MICRON TECHNOLOGY, INC.,

15
16

Defendant.

Case No. 14-cv-00275 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

17
18

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

19

above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to

20

*ASUS Computer International v. Round Rock Research, LLC*, No. 12-cv-02099 JST.

21

    IT IS SO ORDERED.

22

    Date: January 21, 2014

23

Nathanael M. Cousins
United States Magistrate Judge

24
25
26
27
28