1  John P. Schnurer, Bar No. 185725
   JSchnurer@perkinscoie.com
2  Jack Ko, Bar No. 244630
   JKo@perkinscoie.com
3  Michael J. Engle, Bar No. 259476
   MEngle@perkinscoie.com
4  Tawen Chang, Bar No. 215512
   TChang@perkinscoie.com
5  PERKINS COIE LLP
   11988 El Camino Real, Suite 200
6  San Diego, CA  92130-3334
   Telephone:  858.720.5700
7  Facsimile:  858.720.5799

8  James C. Pistorino, Bar No. 226496
   JPistorino@perkinscoie.com
9  PERKINS COIE LLP
   3150 Porter Drive
10 Palo Alto, CA 94304-1212
   Telephone:  650.838.4300
11 Facsimile:  650.838.4350

12 Attorneys for Plaintiff ASUS COMPUTER
   INTERNATIONAL and Counterclaim Defendant
13 ASUSTEK COMPUTER INC.

14                      **UNITED STATES DISTRICT COURT**
15                   **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN FRANCISCO DIVISION**
16

17 ASUS COMPUTER INTERNATIONAL,          Case No. 3:12-cv-02099-JST

18           *Plaintiff,*

19      v.                                **STIPULATED AND [PROPOSED] ORDER
                                           PERMITTING THE TAKING OF
20 ROUND ROCK RESEARCH, LLC,              CERTAIN EXPERT DEPOSITIONS
                                           AFTER THE CLOSE OF EXPERT
21           *Defendant.*                  DISCOVERY**

22

23 ROUND ROCK RESEARCH, LLC,

24           *Plaintiff,*

25      v.

26 ASUSTEK COMPUTER INC. and
   ASUS COMPUTER INTERNATIONAL,
27
             *Defendants.*
28

In light of the schedule of the witnesses, Plaintiff and Counterclaim Defendant ASUS Computer International ("ACI") and Counterclaim Defendant ASUSTeK Computer Inc. ("ASUSTeK") (collectively "ASUS"), and Defendant and Counterclaim Plaintiff Round Rock Research, LLC ("RRR"), have agreed to take certain depositions relating to expert discovery on or about the following dates:

| Witness | Date |
| --- | --- |
| Kevin Gibb, TechInsights | February 11, 2014 |
| David Yurkerwich | February 14, 2014 |
| Keith Ugone | February 18, 2014 |

Expert discovery is currently scheduled to close on February 7, 2014.  (D.I. 154.) Therefore, the above depositions will occur after the deadline for expert discovery. Nevertheless, RRR and ASUS have agreed that these deposition(s) may be taken out of time and that the parties will not object to such depositions solely on the basis that such deposition(s) are scheduled to take place after the close of expert discovery.

In addition, the parties agree that these depositions will be treated as though they were taken within the original expert discovery period.  Specifically, the parties will not object to the following on the basis that such requests are untimely as outside the expert discovery period: (1) a request by the deposing party for documents and other discoverable information that are properly within the scope of expert discovery, the existence and non-production of which is first discovered during these depositions; and (2) to the extent an impasse is reached, any motion brought by the deposing party to compel such materials identified in (1), where the motion is brought no more than 7 days after the deposition in which the existence and non-production of the materials is first discovered.

1    DATED:  February 3, 2014                    **PERKINS COIE** LLP

2                                                By:  _/s/ Tawen Chang_____
                                                     John P. Schnurer, Bar No. 185725
3                                                    JSchnurer@perkinscoie.com
                                                     Jack Ko, Bar No. 244630
4                                                    JKo@perkinscoie.com
                                                     Michael J. Engle, Bar No. 259476
5                                                    MEngle@perkinscoie.com
                                                     Tawen Chang, Bar No. 215512
6                                                    Tchang@perkinscoie.com
                                                     PERKINS COIE LLP
7                                                    11988 El Camino Real, Suite 200
                                                     San Diego, CA  92130-3334
8                                                    Telephone:  858.720.5700
                                                     Facsimile:   858.720.5799
9

10                                                   James C. Pistorino, Bar No. 226496
                                                     JPistorino@perkinscoie.com
11                                                   PERKINS COIE LLP
                                                     3150 Porter Drive
12                                                   Palo Alto, CA 94304-1212
                                                     Telephone:  650.838.4300
13                                                   Facsimile:   650.838.4350
14

15                                                   *Attorneys for Plaintiff ASUS COMPUTER*
                                                     *INTERNATIONAL and Counterclaim Defendant*
16                                                   *ASUSTEK COMPUTER INC.*

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL29229644.1

CASE NO.:  3:12-CV-02099-JST
STIPULATION RE TAKING DEPOSITIONS OUTSIDE
OF CLOSE OF EXPERT DISCOVERY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  February 3, 2014

**BLACK & HAMILL** LLP

By:   */s/ Lauren Nowierski*
     Bradford J. Black (SBN 252031)
     bblack@blackandhamill.com
     Andrew G. Hamill (SBN 251156)
     ahamill@blackandhamill.com
     4 Embarcadero Center, Suite 1400
     San Francisco, California 94111
     Tel.: 415-813-6210
     Fax: 415-813-6222
*Local Counsel for Plaintiff*
*Round Rock Research, LLC*

     Paul A. Bondor (admitted *pro hac vice*)
     pbondor@desmaraisllp.com
     Justin P.D. Wilcox (admitted *pro hac vice*)
     jwilcox@desmaraisllp.com
     Jonas R. McDavit (admitted *pro hac vice*)
     jmcdavit@desmaraisllp.com
     Lauren M. Nowierski (admitted *pro hac vice*)
     lnowierski@desmaraisllp.com
     DESMARAIS LLP
     230 Park Avenue
     New York, NY 10169
     Tel.: 212- 351-3400
     Fax: 212-351-3401
*Lead Counsel for Plaintiff*
*Round Rock Research, LLC*

CASE NO.:  3:12-CV-02099-JST
STIPULATION RE TAKING DEPOSITIONS OUTSIDE
OF CLOSE OF EXPERT DISCOVERY

1      I, Tawen Chang, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the

2    concurrence to the filing of this document has been obtained from each signatory hereto.

3

4    DATED:  February 3, 2014                    **PERKINS COIE** LLP

5                                                By:  */s/ Tawen Chang*
                                                     Tawen Chang
6                                                    TChang@perkinscoie.com

7                                                *Attorneys for Plaintiff ASUS COMPUTER*
                                                 *INTERNATIONAL and Counterclaim Defendant*
8                                                *ASUSTEK COMPUTER INC.*

9

10         **PURSUANT TO STIPULATION**, **IT IS SO ORDERED.**

11

12    Dated:  February 5, 2014          _____

13                                      The Honorable Jon S. Tigar
                                        UNITED STATES DISTRICT JUDGE

14                                      IT IS SO ORDERED

15

16                                      Judge Jon S. Tigar

17

18

19

20

21

22

23

24

25

26

27

28