1  John P. Schnurer, Bar No. 185725
   JSchnurer@perkinscoie.com
2  Jack Ko, Bar No. 244630
   JKo@perkinscoie.com
3  Michael J. Engle, Bar No. 259476
   MEngle@perkinscoie.com
4  Tawen Chang, Bar No. 215512
   TChang@perkinscoie.com
5  PERKINS COIE LLP
   11988 El Camino Real, Suite 350
6  San Diego, CA  92130-2594
   Telephone:  858.720.5700
7  Facsimile:  858.720.5799

8  James C. Pistorino, Bar No. 226496
   JPistorino@perkinscoie.com
9  PERKINS COIE LLP
   3150 Porter Drive
10 Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
11 Facsimile:  650.838.4350

12 Attorneys for Plaintiff ASUS COMPUTER
   INTERNATIONAL and Counterclaim Defendant
13 ASUSTEK COMPUTER INC.

14          **UNITED STATES DISTRICT COURT**

15          **NORTHERN DISTRICT OF CALIFORNIA**

16              **SAN FRANCISCO DIVISION**

17 ASUS COMPUTER INTERNATIONAL,          Case No. 3:12-CV-02099-JST-NC

18        *Plaintiff*,

19        v.                             **ASUS' MOTION TO EXTEND DUE DATE
                                         FOR COMPLIANCE WITH COURT'S**
                                         **JANUARY 24, 2014 ORDER (D. I. 193)**
20 ROUND ROCK RESEARCH, LLC,

21        *Defendant*.

22 ROUND ROCK RESEARCH, LLC,

23        *Counterclaim Plaintiff*,

24        v.

25 ASUSTEK COMPUTER INC. and
   ASUS COMPUTER INTERNATIONAL,
26
          *Counterclaim Defendants*.
27

28

The Court's January 24, 2014 order (D.I. 193) required ASUS to produce by February 7, 2014, emails from various persons.  As discussed at the January 28, 2014 hearing, during which the Court gave further guidance on its Order, the Chinese New Year holidays began January 30, 2014 and ran through February 4th, 2014.  As a result, and given the fact that Taiwan is on the other side of the International Date Line, ASUSTeK/ACI were unable to reach several of the relevant individuals before they departed for the holiday period.  While most returned earlier this week, simple collection of the emails is still ongoing.  Further, the volume is much larger than expected and is in excess of 400Gb.  These tasks were unable to be completed in the short effective time frame.  Accordingly, ASUS moves for a one week extension for ASUSTeK/ACI to comply with the Court's Order.

ASUSTeK/ACI attempted to meet and confer with Round Rock on this issue and explained the effects of the Chinese New Year and the volume on collection.  ASUSTeK/ACI first sent an email requesting agreement on Thursday, February 6.  On Friday, February 7, a series of exchanges occurred in which Round Rock first indicated that it was not inclined to oppose (but did not agree), then requested a copy of ASUSTeK/ACI's proposed filing, then indicated that Round Rock would not stipulate to the extension and would oppose any motion that did not comply with Round Rock's suggested edits.  Not wanting to be out of compliance with this Court's Orders, ASUSTeK/ACI proceeded to file the present motion.

1    DATED:  February 7, 2014                    **PERKINS COIE** LLP

2                                                By:  */s/ James C. Pistorino*
                                                  John P. Schnurer, Bar No. 185725
3                                                 JSchnurer@perkinscoie.com
                                                  Jack Ko, Bar No. 244630
4                                                 JKo@perkinscoie.com
                                                  Michael J. Engle, Bar No. 259476
5                                                 MEngle@perkinscoie.com
                                                  Tawen Chang, Bar No. 215512
6                                                 Tchang@perkinscoie.com
                                                  PERKINS COIE LLP
7                                                 11988 El Camino Real, Suite 350
                                                  San Diego, CA  92130-2594
8                                                 Telephone:  858.720.5700
                                                  Facsimile:   858.720.5799
9

10                                                James C. Pistorino, Bar No. 226496
                                                  JPistorino@perkinscoie.com
11                                                PERKINS COIE LLP
                                                  3150 Porter Drive
12                                                Palo Alto, CA 94304-1212
                                                  Telephone:  650.838.4300
13                                                Facsimile:   650.838.4350

14

15                                                *Attorneys for Plaintiff ASUS COMPUTER*
                                                  *INTERNATIONAL and Counterclaim Defendant*
16                                                *ASUSTEK COMPUTER INC.*

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:12-CV-02099-JST-NC
ASUS' MOTION TO EXTEND COMPLIANCE DATE

1

## **CERTIFICATE OF SERVICE**

2              The undersigned hereby certifies that all counsel of record who are deemed to have

3      consented to electronic service are being served with a copy of this document via the Court's

4      CM/ECF system per Local Rule 5-5(b).  Any other counsel of record will be served via email.

5

6                                                     */s/ James C. Pistorino*
                                                      James C. Pistorino

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:12-CV-02099-JST-NC
ASUS' MOTION TO EXTEND COMPLIANCE DATE