

February 12, 2014

**VIA ELECTRONIC FILING**

The Honorable Nathanael Cousins
U.S. Magistrate Judge, N.D. Cal.
San Francisco Courthouse, Courtroom A - 15th Fl.
450 Golden Gate Avenue, San Francisco, CA 94102

Re:  *ASUS Computer Int'l v. Round Rock Research*, *LLC*, Case No. 3:12-CV-02099-JST

Dear Judge Cousins:

I am writing in regard to the joint letter brief submitted on Monday, February 10 (ECF No. 217) concerning the TechInsights items withheld by Round Rock Research, LLC ("Round Rock") of which plaintiff and counterclaim defendant ASUS Computer International and counterclaim defendant ASUSTeK Computer Inc. (collectively "ASUS") sought production. ASUS sought the items to challenge the bases for opinions offered by Round Rock's expert, Dr. Martin Afromowitz, who relied on reports concerning the items.

On Tuesday, February 11, ASUS conducted a deposition of the relevant TechInsights personnel. Though lacking access to the items, ASUS obtained sufficient information necessary for its purposes and therefore no longer requires the items.

Accordingly, the issue with respect to this letter brief is resolved and need not be addressed by the Court.

Very truly yours,

/s/ *James Pistorino*
James Pistorino
Counsel for ASUS