BLACK & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@blackhamill.com
Andrew G. Hamill (SBN 251156)
ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6210
Facsimile:  415-813-6222

DESMARAIS LLP
Paul A. Bondor (admitted *pro hac vice*)
pbondor@desmaraisllp.com
Justin P.D. Wilcox (admitted *pro hac vice*)
jwilcox@desmaraisllp.com
Jonas R. McDavit (admitted *pro hac vice*)
jmcdavit@desmaraisllp.com
Lauren M. Nowierski (admitted *pro hac vice*)
lnowierski@desmaraisllp.com
230 Park Avenue
New York, NY 10169
(212) 351-3400 (Telephone)
(212) 351-3401 (Facsimile)

*Attorneys for Defendant and Counterclaim Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **ASUS COMPUTER INTERNATIONAL,** *Plaintiff,* v. **ROUND ROCK RESEARCH, LLC,** *Defendant.* | Civil Action No. 3:12-cv-02099-JST **DECLARATION OF JUSTIN P.D. WILCOX IN SUPPORT OF ROUND ROCK'S MOTION TO STRIKE** |
| **ROUND ROCK RESEARCH, LLC,** *Counterclaim Plaintiff,* v. **ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,** *Counterclaim Defendants.* | |

1     I, Justin P. D. Wilcox, declare:

2     1.     I am admitted *pro hac vice* to this Court and an attorney with the law firm of Desmarais LLP, counsel of record for Defendant and Counterclaim Plaintiff Round Rock Research, LLC ("Round Rock") in the above-captioned matter. I submit this declaration in connection with Round Rock's Motion To Strike Portions of ASUS's Expert Reports. I am fully familiar with the facts set forth below.

2.     Attached hereto as Exhibit A is a true and correct copy of excerpts of the Expert Report of Dr. R. Jacob Baker Regarding the Invalidity of U.S. Patent Nos. 7,279,353 and 6,765,276. Exhibit A was served by ASUS on January 8, 2014. FILED UNDER SEAL

3.     Attached hereto as Exhibit B is a true and correct copy of excerpts of the Expert Report of Dr. R. Jacob Baker Regarding the Invalidity of U.S. Patent Nos. 6,570,791, 6,845,053, and 6,930,949. Exhibit B was served by ASUS Computer International and ASUSTeK Computer Inc. (collectively "ASUS") on January 8, 2014. FILED UNDER SEAL

4.     Attached hereto as Exhibit C is a true and correct copy of excerpts of the Expert Report of Dr. R. Jacob Baker Regarding Noninfringement of U.S. patent Nos. 6,570,791, 6,765,276, 6,845,053, 6,930,949, and 7,279,353. Exhibit C was served by ASUS on January 24, 2014. FILED UNDER SEAL.

5.     Attached hereto as Exhibit D is a true and correct copy of excerpts of the Rebuttal Expert Report of Keith R. Ugone, PH.D. Exhibit D was served by ASUS Computer International and ASUSTeK Computer Inc. (collectively "ASUS") on January 24, 2014. FILED UNDER SEAL

6.     Attached hereto as Exhibit E is a true and correct copy of Plaintiff and Counter Defendant ASUS's Preliminary Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5. Exhibit E was served by ASUS on November 8, 2012.

7.     Attached hereto as Exhibit F is a true and correct copy of Exhibit A the Invalidity Claim Chart against U.S. Patent No. 6,930,949 ("the '949 Patent") from Plaintiff's Preliminary Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5. Exhibit F was served by ASUS on November 8, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of Exhibit B the Invalidity Claim Chart against U.S. Patent No. 6,765,276 ("the '276 Patent") from Plaintiff's Preliminary Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5. Exhibit G was served by ASUS on November 8, 2012.

9. Attached hereto as Exhibit H is a true and correct copy of Exhibit C the Invalidity Claim Chart against U.S. Patent No. 6,570,791 ("the '791 Patent") from Plaintiff's Preliminary Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5. Exhibit H was served by ASUS on November 8, 2012.

10. Attached hereto as Exhibit I is a true and correct copy of Exhibit E the Invalidity Claim Chart against U.S. Patent No. 7,279,353 ("the '353 Patent") from Plaintiff's Preliminary Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5. Exhibit I was served by ASUS on November 8, 2012.

11. Attached hereto as Exhibit J is a true and correct copy of Exhibit F the Invalidity Claim Chart against U.S. Patent No. 6,845,053 ("the '053 Patent") from Plaintiff's Preliminary Invalidity Contentions Pursuant to Patent Local Rules 3-3, 3-4, & 3-5. Exhibit J was served by ASUS on November 8, 2012.

12. Attached as Exhibit K is a chart summarizing the references and combinations that ASUS provided pursuant to Patent Local Rules 3-3, 3-4, & 3-5.

13. Attached as Exhibit L is a chart summarizing the paragraphs in which ASUS's expert reports contained: (1) new prior art references, new prior art combinations, or new invalidity theories not disclosed in ASUS's Invalidity Contentions; (2) references to documents that ASUS did not produce during fact discovery and new theories based upon those documents that ASUS also did not disclose during fact discovery; and (3) information that ASUS previously claimed is protected by the attorney-client privilege.

14. Attached hereto as Exhibit M is a true and correct copy of a letter from K. Ringel to P. Bondor dated January 24, 2014 regarding the production of documents bearing the bates numbers ASUS-RR3-0175038 through ASUS-RR3-0177272.

| | |
|---|---|
| 1 | 15. Attached hereto as Exhibit N is a true and correct copy of Round Rock's Notice of Deposition pursuant to Rule 30(b)(6) served by Round Rock on September 12, 2013. |
| 2 | |
| 3 | 16. Attached hereto as Exhibit O is a true and correct copy of the deposition of Mr. Kuoping "Jacky" Lu taken on December 16, 2013 in Palo Alto, California. FILED UNDER SEAL |
| 4 | |
| 5 | 17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the Tegra 2 Data Sheet bearing bates numbers ASUS-RR3-0175460 through ASUS-RR3-0177171 that was produced by ASUS on January 24, 2014. |
| 6 | |
| 7 | |
| 8 | 18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the Technical Analysis performed by Chipworks bearing bates numbers ASUS-RR3-0175059 through ASUS-RR3-0175081 that was produced by ASUS on January 24, 2014. FILED UNDER SEAL |
| 9 | |
| 10 | |
| 11 | 19. Attached hereto as Exhibit R is a true and correct copy of Round Rock Research LLC's First Set of Requests to ASUS for the Production of Documents and Things (Nos. 1-57) served by Round Rock on September 28, 2012. |
| 12 | |
| 13 | |
| 14 | 20. Attached hereto as Exhibit S is a true and correct copy of ASUS's Supplemental Response to Round Rock's First Set of Interrogatories (No. 6) served by ASUS on December 4, 2013. FILED UNDER SEAL |
| 15 | |
| 16 | |
| 17 | 21. Attached hereto as Exhibit T is a true and correct copy of excerpts of the deposition of Mr. Howard E. Rhodes taken on December 12, 2013 in Palo Alto, California. FILED UNDER SEAL |
| 18 | |
| 19 | |
| 20 | 22. Attached hereto as Exhibit U is a true and correct copy of correspondence sent by T. Chang to J. McDavit on December 10, 2013. |
| 21 | |
| 22 | I declare under penalty of perjury that the foregoing is true and correct. |
| 23 | |
| 24 | Executed on February 14, 2014, in New York, New York. |
| 25 | /s/ Justin P.D. Wilcox |
| 26 | Justin P.D. Wilcox |
| 27 | |
| 28 | |