| | |
|---|---|
| 1 | John P. Schnurer, Bar No. 185725, |
|   | JSchnurer@perkinscoie.com |
| 2 | Cheng Chieh (Jack) Ko, Bar No. 244630 |
|   | JKo@perkinscoie.com |
| 3 | Michael J. Engle, Bar No. 259476 |
|   | MEngle@perkinscoie.com |
| 4 | Tawen Chang, Bar No. 215512 |
|   | Tchang@perkinscoie.com |
| 5 | PERKINS COIE LLP |
|   | 11988 El Camino Real, Suite 350 |
| 6 | San Diego, CA 92130-2594 |
|   | Telephone: 858.720.5700 |
| 7 | Facsimile: 858.720.5799 |

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Plaintiff
ASUS COMPUTER INTERNATIONAL and
Counterclaim Defendant
ASUSTEK COMPUTER INC..

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROUND ROCK RESEARCH, LLC, <br><br> *Defendant.* | Case No. 3:12-cv-02099-JST-NC <br><br> **DECLARATION OF TAWEN CHANG IN SUPPORT OF ASUS COMPUTER INTERNATIONAL AND ASUSTEK COMPUTER, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE** |
| ROUND ROCK RESEARCH, LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL, Counterclaim Defendants | Date: March 5, 2014 <br> Time: 1:00 p.m. <br> Courtroom: Courtroom A <br> Judge: Hon. Nathanael Cousins |

I, Tawen Chang, declare as follows:

1. I am an attorney at the law firm of Perkins Coie LLP, counsel for plaintiffs and counterclaim defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS"). I am a member in good standing of the California bar. I make this this declaration of my own personal knowledge, and if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Ex. 1 to the Disclosure of Asserted Claims and Infringement Contentions of defendant and counterclaim plaintiff Round Rock Research, LLC ("Round Rock"), served on or around September 20, 2012.

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Martin Afromowitz served by Round Rock on or around January 8, 2014, with portions ASUS is seeking to strike highlighted in yellow and the portions for which ASUS seeks redaction outlined in red.

4. Attached as Exhibit 3 is a true and correct copy of the Expert Report of David Taylor served by Round Rock on or around January 8, 2014, with portions ASUS is seeking to strike highlighted in yellow and the portions for which ASUS seeks redaction outlined in red.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2014, in San Diego, California.

                                                                                                           _____/s/ Tawen Chang____
                                                                                                                Tawen Chang