UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>*Plaintiff*,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>*Defendant*. | Case No. 3:12-CV-02099-JST-NC<br><br>[~~PROPOSED~~] **ORDER GRANTING ASUS' MOTION TO EXTEND DUE DATE FOR COMPLIANCE WITH COURT'S JANUARY 24, 2014 ORDER (D. I. 193)** |
| ROUND ROCK RESEARCH, LLC,<br><br>*Counterclaim Plaintiff*,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>*Counterclaim Defendants*. | |

Good cause having been shown, IT IS HEREBY ORDERED that the deadline for compliance with the Court's January 24, 2014 order (D.I. 193) be extended to February 14, 2014.

**IT IS SO ORDERED.**

DENIED

Judge Nathanael M. Cousins

ORDER GRANTING ASUS' MOTION to
EXTEND COMPLIANCE DATE
Case No. 3:12-cv-2099-JST-NC