John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Jack Ko, Bar No. 244630
JKo@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:   858.720.5799

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.838.4300
Facsimile:   650.838.4350

Attorneys for Plaintiffs
ASUSTEK COMPUTER INC. and ASUS
COMPUTER INTERNATIONAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUSTEK COMPUTER INC. AND ASUS COMPUTER INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC, AMERICAN MEGATRENDS INC., SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendants. | Case No. 3:12-cv-02099-JST<br><br>**DECLARATION OF JAMES C. PISTORINO IN SUPPORT OF ASUSTEK COMPUTER, INC. AND ASUS COMPUTER INTERNATIONAL'S MOTION FOR SUMMARY JUDGMENT** |

I, James C. Pistorino, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California.  I am a partner at the law firm of Perkins Coie LLP, counsel for Plaintiffs ASUSTeK Computer, Inc. ("ASUS Taiwan") and ASUS Computer International ("ASUS California") (collectively "ASUS").  I submit this declaration in support of ASUS' Motion for Summary Judgment.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of David Taylor, taken February 5, 2014.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Round Rock's Infringement Contentions served on September 20, 2012.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a list of each product Round Rock has accused of infringing but has had no contact with the United States (and is a copy of Exhibit A to the Chen Declaration).

5.      Attached hereto as Exhibit 4 is a true and correct copy of a list of those products whose DDR3 SDRAM suppliers include Samsung and Hynix summarized from Exhibit J of the Chen Declaration.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the Corrected Opening Expert Report of David Taylor Concerning Infringement by ASUS Computer International and ASUSTeK Computer Inc. of U.S. Patent Nos. 6,930,949, 6,570,791, and 6,845,053, dated January 8, 2014.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the JEDEC eMMC Standard, produced by Round Rock in this matter at RRR-ASUS-NDCAL0000703.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the JEDEC eMMC 4.3 Standard, produced by ASUS in this matter at ASUS-RR3-0175295.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Rebuttal Validity Expert Report of David Taylor Concerning Expert Report of Dr. R. Jacob Baker Regarding U.S. Patent Nos. 6,570,791, 6,845,053, and 6,930,949, dated January 24, 2014.

10.     Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 6,570,791.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Kevin Widmer, taken November 10, 2013.

12.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of Frankie Roohparvar, taken October 29, 2013.

13.     Attached hereto as Exhibit 12 is a true and correct copy of U.S. Patent No. 7,279,353.

14.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of John Kelly, taken November 14, 2013.

15.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the JEDEC Standard DDR3 SDRAM Specification (JESD79-3E), produced by Round Rock in this matter at RRR-ASUS-NDCAL0000477.

16.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Expert Report of Martin Afromowitz Concerning ASUS's Infringement of U.S. Patent Nos. 6,765,276 and 7,279,353, dated January 8, 2014.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Exhibit H to the Expert Report of Martin Afromowitz Concerning ASUS's Infringement of U.S. Patent Nos. 6,765,276 and 7,279,353, dated January 8, 2014.

18.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the deposition transcript of Dr. Kevin Gibb, taken February 11, 2014.

19.     Attached hereto as Exhibit 18 is a true and correct copy of Exhibit 2 to the Deposition of Dr. Kevin Gibb, taken February 11, 2014.

20.     Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 5 to the Deposition of Howard Rhodes, taken December 12, 2013.

21.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from the deposition transcript of Howard Rhodes, taken December 12, 2013.

22.     Attached hereto as Exhibit 21 is a true and correct copy of excerpts from ASUSTeK Computer Inc.'s and ASUS Computer International's Third Supplemental Responses

1    to Round Rock Research, LLC's First Set of Interrogatories (Nos. 1, 3-5, 7-11), dated December

2    20, 2013.

3           23.    Attached hereto as Exhibit 22 is a true and correct copy of the Patent License

4    Agreement between Round Rock and Hynix, dated October 31, 2013, produced by Round Rock

5    in this matter at RRR-ASUS-NDCAL0122048.

6           24.    Attached hereto as Exhibit 23 is a true and correct copy of the Patent License

7    Agreement between Round Rock and Samsung, dated September 30, 2010, produced by Round

8    Rock in this matter at RRR-ASUS-NDCAL0000342.

9           25.    Attached hereto as Exhibit 24 is a true and correct copy of the Patent License

10    Agreement between Micron and Toshiba, dated August 4, 1997, produced by Micron in this

11    matter at MCN_ASUS0002534.

12           26.    Attached hereto as Exhibit 25 is a true and correct copy of Round Rock Research's

13    Second Supplemental Objections and Responses to ASUS's First Set of Interrogatories (Nos. 5,

14    15, 18), dated January 21, 2014.

15           27.    Attached hereto as Exhibit 26 is a true and correct copy of the Patent Sale and

16    Transfer Agreement between Round Rock and Micron, dated December 30, 2009, produced by

17    Round Rock in this matter at RRR-ASUS-NDCAL0124105.

18           28.    Attached hereto as Exhibit 27 is a true and correct copy of the Amended and

19    Restated Non-Suit Agreement between NTC and Micron, dated November 26, 2008, produced by

20    Micron in this matter at MCN_ASUS0002697.

21           29.    Attached hereto as Exhibit 28 is a true and correct copy of the Patent Portfolio

22    Cross License Agreement between Qimonda AG and Micron, dated October 20, 2008, produced

23    by Micron in this matter at MCN_ASUS0002642.

24           30.    Attached hereto as Exhibit 29 is a true and correct copy of Exhibit 3B to the

25    Expert Report of David Yurkerwich, dated January 8, 2014.

26           31.    Attached hereto as Exhibit 30 is a true and correct copy of Exhibit 10 to the Expert

27    Report of David Yurkerwich, dated January 8, 2014.

28

1    32.    Attached hereto as Exhibit 31 is a true and correct copy of a presentation for a

2    meeting between Round Rock and ASUSTeK, dated June 9, 2011, produced by ASUS in this

3    matter at ASUS-RR3-0000001.

4    33.    Attached hereto as Exhibit 32 is a true and correct copy of a presentation for a

5    meeting between Round Rock and ASUSTeK, dated March 7, 2012, produced by ASUS in this

6    matter at ASUS-RR3-0000025.

7

8    I declare the foregoing to be true and correct under penalty of perjury.  Executed this 28th day of

9    February, 2014 in Palo Alto, California.

10

11    **PERKINS COIE** LLP

12

13    By:  /s/ James C. Pistorino
         James C. Pistorino
         JPistorino@perkinscoie.com

14

15    Attorneys for Plaintiffs
      ASUSTEK COMPUTER INC. and ASUS
16    COMPUTER INTERNATIONAL

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-5(b).  Any other counsel of record will be served via email.

*/s/ James C. Pistorino*
James C. Pistorino

DECLARATION OF JAMES C. PISTORINO IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case No. 3:12-cv-02099-JST