# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUS COMPUTER INT'L,<br><br>    Plaintiff,<br><br>  v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>    Defendant. | Case No. 12-cv-02099 JST (NC)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 317 |

Today, ASUS filed a discovery letter brief summarizing its argument in favor of striking a portion of a Round Rock expert report. Dkt. No. 317. The letter states that Round Rock refused to engage in the joint letter process, believing that the issue should be addressed by way of a motion presented to Judge Tigar.

The undersigned magistrate judge has been referred all discovery disputes in this case. Dkt. No. 209. The motion to strike presents a dispute over the propriety of certain expert disclosures, a matter properly addressed to this Court. The Court now sets a briefing schedule as follows:

Case No. 12-cv-02099 JST (NC)
ORDER SETTING BRIEFING
SCHEDULE

- ASUS must file its motion to strike, not to exceed 10 pages, by March 21, 2014.
- Round Rock must file its opposition, not to exceed 10 pages, by March 26, 2014.
- ASUS may file a reply to the opposition, not to exceed 5 pages, by March 28, 2014.
- Unless otherwise indicated by the Court, oral argument on the motion will be held on April 2, 2014 at 1:00 p.m. in Courtroom A.

IT IS SO ORDERED.

Date:  March 18, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge