UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>   Plaintiff,<br><br>   v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>   Defendant. | Case No.  12-cv-02099-JST<br><br>**ORDER VACATING TRIAL AND PRETRIAL CONFERENCE** |

In light of the pending motions for summary judgment, which will be heard, in part, after the date currently scheduled for the pretrial conference in this case, the Court hereby VACATES the trial and pretrial conference schedule in this case.  The parties shall meet and confer and jointly submit three sets of proposed pretrial conference and trial dates by May 1, 2014.  Should the parties fail to agree on three sets of dates, they may instead file a joint letter brief of no more than four pages explaining the nature of their disagreement and separately proposing a case schedule.

The parties should be prepared to discuss the case schedule going forward at the May 13, 2014 summary judgment hearing.

**IT IS SO ORDERED.**

Dated: April 9, 2014

_____
JON S. TIGAR
United States District Judge