1 | John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
2 | Jack Ko, Bar No. 244630
JKo@perkinscoie.com
3 | Tawen Chang, Bar 215512
TChang@perkinscoie.com
4 | Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
5 | PERKINS COIE LLP
11988 El Camino Real, Suite 350
6 | San Diego, CA 92130-3334
Telephone: 858.720.5700
7 | Facsimile: 858.720.5799

8 | James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
9 | PERKINS COIE LLP
3150 Porter Drive
10 | Palo Alto, CA 94304-1212
Telephone: 650.838.4300
11 | Facsimile: 650.838.4350

12 | Attorneys for Plaintiff ASUS Computer International
and Counterclaim Defendant ASUSTeK Computer Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>*Plaintiff,*<br><br>v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>*Defendant.* | Case No. 3:12-CV-02099-JST-NC<br><br>**ASUS COMPUTER INTERNATIONAL AND ASUSTEK COMPUTER INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |
| ROUND ROCK RESEARCH, LLC,<br><br>*Counterclaim Plaintiff,*<br><br>v.<br><br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>*Counterclaim Defendants.* | Date: April 10, 2014<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

Pursuant to Civil L.R. 7-3(d)(2), Plaintiff ASUS Computer International and Counterclaim Defendant ASUSTeK Computer Inc. (collectively, "ASUS") respectfully submit a recent decision from the Federal Circuit as supplemental authority in support of ASUS' pending Motion for Summary Judgment construing the term "double data rate flash" (D.I. 281, part IV.B.1.b)(1), filed on March 3, 2014).  *See Novatek, Inc. v. Sollami Co.*, --- Fed. Appx. ----, 2014 WL 1229547 (C.A.Fed. (Utah)), a true and correct copy of which is attached hereto as Exhibit A.

DATED:  April 9, 2014

**PERKINS COIE LLP**

By: */s/ Yun (Louise) Lu*

John P. Schnurer, Bar No. 185725
JSchnurer@perkinscoie.com
Jack Ko, Bar No. 244630
JKo@perkinscoie.com
Tawen Chang, Bar 215512
TChang@perkinscoie.com
Michael J. Engle, Bar No. 259476
MEngle@perkinscoie.com
Yun (Louise) Lu, Bar No. 253114
LLu@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA  92130-3334
Telephone:  858.720.5700
Facsimile:   858.720.5799

James C. Pistorino, Bar No. 226496
JPistorino@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:   650.838.4350

Attorney for Plaintiff ASUS COMPUTER INTERNATIONAL and Counterclaim Defendant ASUSTEK COMPUTER INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-5(b). Any other counsel of record will be served via email.

By: */s/ Yun (Louise) Lu*
Yun (Louise) Lu

-3-

3:12-CV-02099-JST-NC
Asus' Statement of Recent Decision iso MSJ