1  John P. Schnurer, Bar No. 185725
   JSchnurer@perkinscoie.com
2  Jack Ko, Bar No. 244630
   JKo@perkinscoie.com
3  Michael J. Engle, Bar No. 259476
   MEngle@perkinscoie.com
4  Tawen Chang, Bar No. 215512
   TChang@perkinscoie.com
5  PERKINS COIE LLP
   11988 El Camino Real, Suite 350
6  San Diego, CA  92130-2594
   Telephone:  858.720.5700
7  Facsimile:  858.720.5799

8  James C. Pistorino, Bar No. 226496
   JPistorino@perkinscoie.com
9  PERKINS COIE LLP
   3150 Porter Drive
10 Palo Alto, CA 94304-1212
   Telephone:  650.838.4300
11 Facsimile:  650.838.4350

12 Attorneys for Plaintiff ASUS COMPUTER
   INTERNATIONAL and Counterclaim Defendant
13 ASUSTEK COMPUTER INC.

14                  **UNITED STATES DISTRICT COURT**

15                  **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN FRANCISCO DIVISION**

17
   ASUS COMPUTER INTERNATIONAL,            Case No. 3:12-CV-02099-JST-NC
18
        *Plaintiff*,                        **[PROPOSED] ORDER REGARDING THE
19                                          PARTIES' ADMINISTRATIVE MOTIONS
        v.                                  TO FILE UNDER SEAL CONFIDENTIAL
20                                          INFORMATION IN SUPPORT OF THEIR
   ROUND ROCK RESEARCH, LLC,                MOTIONS FOR SUMMARY JUDGMENT
21                                          (D.I. 273; D.I. 276; D.I. 302; D.I. 304; D.I.
        *Defendant*.                        332; D.I. 333; D.I. 353)**
22
   ─────────────────────────────────
23 ROUND ROCK RESEARCH, LLC,

24      *Counterclaim Plaintiff*,

25      v.

26 ASUSTEK COMPUTER INC. and
   ASUS COMPUTER INTERNATIONAL,
27
        *Counterclaim Defendants*.
28

On April 17, 2014, the Court held a hearing regarding the parties' administrative motions to file under seal confidential information in connection with their motions for summary judgment (the "Sealing Motions") (D.I. 273; D.I. 276; D.I. 302; D.I. 304; D.I. 332; D.I. 333; and D.I. 353).  Having considered the Sealing Motions, the Court hereby ORDERS that:

    1.    All the Sealing Motions are withdrawn without prejudice;

    2.    The documents sought to file under seal in the Sealing Motions will temporarily remain sealed; and

    3.    The parties shall re-submit the Sealing Motions by May 8, 2014 in a manner pursuant to the Court's instructions at the April 17, 2014 hearing.

**IT IS SO ORDERED.**

Dated:  April 24, 2014

                                              Jon S. Tigar
                                        United States District Judge