UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASUS COMPUTER INT'L,<br><br>          Plaintiff,<br><br>     v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>          Defendant. | Case No. 12-cv-02099 JST (NC)<br><br>**ORDER REGARDING REVISED MOTIONS TO SEAL**<br><br>Re: Dkt. No. 402 |

The Court must resolve the pending administrative motions to file documents under seal related to the parties' previously resolved motions to strike. Thus, in conjunction with their stipulation of dismissal due May 30, 2014, the parties may 1) file their revised administrative motions to file under seal for the Court's consideration; or 2) file a withdrawal of the administrative motions to file under seal, which will result in the unsealing of the sealed information.

IT IS SO ORDERED.

Date: May 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge