UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>  Plaintiff,<br><br>  v.<br><br>ROUND ROCK RESEARCH, LLC,<br><br>  Defendant. | Case No.  12-cv-02099-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 409 |

The parties have filed a stipulation of dismissal dated May 30, 2014, stating that they have agreed to a settlement of this action.  ECF No. 409.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

ASUS's claims have been dismissed without prejudice.  Round Rock's counterclaims are dismissed with prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 23, 2014

_____
JON S. TIGAR
United States District Judge